UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY | Case No. 4:05-CV02093-HEA |
| | MDL No. 1699 |
| ----------------------------------------- | JUDGE BREYER |
| This document relates to: | STIPULATION AND ORDER OF DISMISSAL |
| FAY D. FINLEY Individual Case No. C-06-3012 CRB | |

**IT IS HEREBY STIPULATED AND AGREED** by and between counsel for Plaintiff and counsel for Defendants that the Complaint of Plaintiff, Fay D. Finley, originally filed in the Eastern District of Missouri, Case Number 4:05-CV-02098-HEA and then later transferred to the MDL No. 1699, *In Re: Bextra and Celebrex Marketing, Sales Practices and Products Liability Litigation,* with the assigned individual case number C-06-3012 CRB, maybe and is hereby dismissed without prejudice, with the condition that if the action is re-filed, it is re-filed in federal court.

The parties shall each bear their own costs.

Dated: July 13 2006

WATTS LAW FIRM, LLP

*[signature]*

Russell Abney, Texas State Bar No. 818100
rabney@wattslawfirm.com
Tower II Building, 14th Floor
555 N. Carancahua Street
Corpus Christi, Texas 78478
Telephone: (316) 887-0500
Fax: (361) 887-0055

-AND-

Aaron K. Dickey #120956
GOLDENBERG HELLER ANTOGNOLI
SHORT & GORI, P.C.
701 Market Street, Suite 1240
St. Louis, MO 63101
Telephone: (314) 241-6566
Fax: (314) 241-6230

*Counsel for Plaintiff*
Fay D. Finley

Dated: July 12 2006

GORDON & REES

*[signature]*

Stuart M. Gordon, Esq
sgordon@gordonrees.com
Embarcardo Center West
275 Battery Street, 20th Floor
San Francisco, CA 94111
Telephone: (415) 986-5900
Fax: (415) 986-8054

*Defendant's Liaison Counsel*

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated: __July 17, 2006__

_____
Honorable Judge Charles R. Breyer

